IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| PATRICK CIERPIOT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2116-CV22260 |
| THE MISSOURI DEPARTMENT OF ECONOMIC DEVELOPMENT, | ) ) ) |
| Defendant. | ) ) |

### UNOPPOSED MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT

Plaintiff, Rachelle Conley, by and through undersigned counsel, states the following as reasons supporting her motion to stay all deadlines:

1. On August 20, 2025, Parties mediated this matter.

2. Parties agreed on settlement terms in this case.

3. Plaintiff has signed settlement agreement and is waiting for payment to complete settlement.

4. Amongst receiving payment, Plaintiff intends to file dismissal of this case.

5. In the interest of conserving resources and time for both parties and the Court, Plaintiff request to stay all deadlines pending dismissal of this matter.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully request that the Court stay all proceedings in this case, pending completion of settlement and dismissal of this matter for 60 days.

Respectfully Submitted,

*/s/D'Vante M. Lewis*
D'Vante M. Lewis #74057

435 Nichols Rd Ste. 200
Kansas City, MO 64112 Tele:
816-217-2369
[lewisdvante@gmail.com](mailto:lewisdvante@gmail.com)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of September 2025, the foregoing was served via electronic mail to the following: All counsel of Records for Defendant.

/s/ D'Vante M. Lewis
Attorney for Plaintiff